| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Higgins, Thomas A | 2. Court or Organization Middle District of Tennessee | 3. Date of Report 5/12/2006 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ● Annual ◯ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address See cover letter for current address Nashville, TN | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |


RECEIVED '96 MAY 19 11 17 AM FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|-----------------------------------|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Farm, Williamson Co., TN - 2/3 undivided | D | Rent | N | Q | Partial Gift | 12/22 | K | | See note Part VIII |
| 2. Interest | | | | | | | | | |
| 3. Active Asset Acct. No. 1 | | | | | | | | | |
| 4. Morgan Stanley Tax Exempt Sec. Fund | D | Dividend | M | T | | | | | |
| 5. Morgan Stanley Dividend Growth B Fund | C | Dividend | K | T | | | | | |
| 6. Morgan Stanley American Opportunities Fund | A | Dividend | | | Gift | 6/21 | J | | See note Part VIII |
| 7. Capital Opportunities Trust B | A | Dividend | | | Gift | 6/21 | J | | See note Part VIII |
| 8. Equally Weighted S&P 500 | B | Dividend | J | T | | | | | |
| 9. Active Asset Acct. No. 2 | | | | | | | | | |
| 10. Morgan Stanley Exempt Sec. Fund | A | Dividend | J | T | | | | | |
| 11. Morgan Stanley American Value Fund | A | Dividend | J | T | | | | | |
| 12. TCW/DW Latin American Growth Fund | A | Dividend | J | T | | | | | |
| 13. MSDW Competitive Edge BIP B Fund | A | Dividend | J | T | | | | | |
| 14. Morgan Stanley S&P Select Fund B | A | Dividend | J | T | | | | | |
| 15. Morgan Stanley Strategist Fund B | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley Dividend Growth B Fund | A | Dividend | J | T | | | | | |
| 17. VanKampen America Cap. Equity Fund | A | Dividend | | | Sale | 2/2 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Active Asset Money Trust | A | Dividend | K | T | | | | | |
| 19. Altria Group, Inc. (Common) | A | Dividend | J | T | | | | | |
| 20. Unit Van Kampen Dent Global Demographics Series 2 | A | Dividend | J | T | Buy | 2/2 | J | | |
| 21. Morgan Stanley IRA Acct. No. 1 | E | Div & Int | N | T | | | | | |
| 22. -Morgan Stanley Liquid Asset Fund | | | | | | | | | |
| 23. -DW Spectrum Balanced | | | | | | | | | |
| 24. -DW Spectrum Strategic | | | | | | | | | |
| 25. -DW Spectrum Tech. | | | | | | | | | |
| 26. -American Opportunities | B | Div & Int | L | T | Partial sale | 12/8 | J | | |
| 27. -International Smallcap | B | Div & Int | M | T | Partial sale | 11/18 | L | | |
| 28. -Special Value Fund D | A | Div & Int | | | Sale | 11/18 | K | | |
| 29. -Value Added MKT Ser/Egy | | | | | | | | | |
| 30. -VanKampen Growth & Income | | | | | Exchanged | 8/12 | L | | See note Part VIII |
| 31. -MSIF Core Plus Fixed Inc. | | | | | | | | | |
| 32. -MSIF Small Cap. A | B | Div & Int | L | T | Partial sale | 12/8 | J | | |
| 33. -VanKampen Aggressive Growth | | | | | Exchanged | 8/12 | K | | See note Part VIII |
| 34. -VanKampen Comstock A | | | | | Exchanged | 8/12 | L | | See note Part VIII |
| 35. -MS Charter MSFCM | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. -MS Charter Graham | | | | | | | | | |
| 37. -Van Kampen Comstock I | | | | | Rec'd exch | 8/12 | L | | See note Part VIII |
| 38. -Van Kampen Aggressive Growth I | | | | | Rec'd exch | 8/12 | K | | See note Part VIII |
| 39. | | | | | Partial sale | 12/8 | J | | |
| 40. -Van Kampen Growth & Income I | | | | | Rec'd exch | 8/12 | L | | See note Part VIII |
| 41. | | | | | Partial sale | 8/12 | J | | |
| 42. -MSIF International Small Cap A | | | | | Buy | 11/18 | L | | |
| 43. -MSIF TR US Small Cap Val INST | | | | | Buy | 11/18 | K | | |
| 44. Morgan Stanley IRA Account No. 2 | A | Dividend | J | T | | | | | |
| 45. -Morgan Stanley Div. Growth Fund | | | | | | | | | |
| 46. -Morgan Stanley Information Fund | | | | | | | | | |
| 47. -Financial Services Trust B | | | | | | | | | |
| 48. -Value Added Mkt Ser/Eqy | | | | | | | | | |
| 49. -Amerian Opportunities Fd. B. | | | | | | | | | |
| 50. Boston Financial Qualified Tax Credits L.P.V. | A | Interest | K | T | | | | | |
| 51. Unimproved Land, Humphreys Co., TN - 1/2 undivided interest | | None | L | R | | | | | See note Part VIII |
| 52. Sears Municipal TN (tax free bond) | A | Interest | J | T | | | | | |
| 53. Unimproved Land, Humphreys Co., TN - 1/2 undivided interest | | None | J | R | | | | | See note Part VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. Bank of America Account | A | Interest | J | T | | | | | |
| 55. Shares Common Nationwide Financial Services, Inc. | A | Dividend | K | T | | | | | |
| 56. Provident Mutual Whole Life | B | Dividend | K | T | | | | | |
| 57. Mutual of New York Whole Life | B | Dividend | L | T | | | | | |
| 58. Trust | E | Div. & Int. | P1 | T | | | | | |
| 59. -SunTrust Tenn. Reserve Fund (Money Market Funds) | | | | | | | | | |
| 60. -Allstate Corp (Bond) | | | | | Redeemed | 5/2 | K | | |
| 61. -FPL Group Capital Inc. (Bond) | | | | | | | | | |
| 62. -Stanley WKS (Bond) | | | | | | | | | |
| 63. -DuPont E I DeNemours Co. (Bond) | | | | | | | | | |
| 64. -Wells Fargo & Co. (Bond) | | | | | | | | | |
| 65. -Citicorp (Bond) | | | | | | | | | |
| 66. -Caterpillar Inc. (Bond) | | | | | | | | | |
| 67. -Deere & Co. (Bond) | | | | | | | | | |
| 68. -Insured Municipals Income (TR) (Mut. Fund) | | | | | | | | | |
| 69. -Municipal Insd Nat'l TR (Mut. Fund) | | | | | | | | | |
| 70. -Harley Davidson Inc. (Common) | | | | | Sold | 10/11 | J | | |
| 71. -Limited Brands Inc. (Common) | | | | | | | | | |

Income/Gain Codes: A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000, G = $100,001-$1,000,000, H1 = $1,000,001-$5,000,000, H2 = More than $5,000,000
Value Codes: J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000, P4 = $More than $50,000,000
Value Method Codes Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market
(See Column C2) U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. -Anheuser Busch Inc. (Common) | | | | | | | | | |
| 73. -Pepsico Inc. (Common) | | | | | | | | | |
| 74. -Sysco Corp. (Common) | | | | | Sold | 10/6 | K | | |
| 75. -WalMart Stores (Common) | | | | | Partial sale | 9/7 | J | | |
| 76. -Walgreen Co. (Common) | | | | | | | | | |
| 77. -Apache Corp. (Common) | | | | | | | | | |
| 78. -Chevron Texaco Corp. (Common) | | | | | | | | | |
| 79. -Exxon Mobil Corp. (Common) | | | | | | | | | |
| 80. -American Int'l Group Inc. (Common) | | | | | | | | | |
| 81. -Fannie Mae (Common) | | | | | | | | | |
| 82. -Jefferson Pilot Corp. (Common) | | | | | | | | | |
| 83. -SunTrust Bank (Common) | | | | | | | | | |
| 84. -Biomet Inc. (Common) | | | | | | | | | |
| 85. -Johnson & Johnson (Common) | | | | | | | | | |
| 86. -Lilly Eli & Co. (Common) | | | | | | | | | |
| 87. -Medtronic Inc. (Common) | | | | | | | | | |
| 88. -Pfizer Inc. (Common) | | | | | | | | | |
| 89. -Wellpoint Health Networks (Common) | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 90.   -General Electric Co. (Common) | | | | | | | | | |
| 91.   -Affiliated Computers SVCS (Common) | | | | | | | | | |
| 92.   -Automatic Data Processing Inc. (Common) | | | | | | | | | |
| 93.   -Cicso Systems (Common) | | | | | | | | | |
| 94.   -Dell Inc. (Common) | | | | | | | | | |
| 95.   -Intel Corp. (Common) | | | | | | | | | |
| 96.   -Microsoft Corp. (Common) | | | | | | | | | |
| 97.   -Sungard Data Sys. Inc. (Common) | | | | | Sold | 8/12 | K | | |
| 98.   -E I DuPont (Common) | | | | | | | | | |
| 99.   -Verizon Communications (Common) | | | | | | | | | |
| 100.   -General Elec. Cap. Corp. (Notes) | | | | | | | | | |
| 101.   -Merrill Lynch & Co. (Notes) | | | | | | | | | |
| 102.   -Federal Home Loan Bank (Bond) | | | | | | | | | |
| 103.   -STI Classic FD-Sm Cap Val Equity (Mut. Fund) | | | | | Buy | 11/4 | J | | |
| 104.   -STI Classic FD-INTL Equity Index (Mut. Fund) | | | | | Buy | 11/7 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Part VII, Line 1
Appraisal as of date of ▮▮▮▮▮▮▮death 8/20/94. Original 1/2 undivided interest received by gift from ▮▮▮in 1951. Acquired 1/3 of the remaining 1/2 interest under ▮▮▮▮▮▮will. Gift of 1/18th interest to ▮▮and ▮▮▮▮▮▮

Part VII, Lines 6 & 7
Gift to ▮▮▮▮▮▮

Part VII, Lines 30, 33, 34, 37, 38, and 40 represent exchanges of one class of funds for another class and not purchases and sales.

Part VII, Line 51
Unimproved land
Purchased 5/22/91
Purchase price: $75,000

Part VII, Line 53
Unimproved land
Purchased 5/18/94
Purchase price: $11,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Higgins, Thomas A | 5/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date_____ 5-12-06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544